The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 23-122 RSM |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL |
| KEVIN MAX BALCH, | |
| Defendant. | |

THIS MATTER has come before the undersigned on filing the Psychosexual Evaluation Report & Sexual History Polygraph of Defendant under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS HEREBY ORDERED that the Psychosexual Evaluation Report & Sexual History Polygraph of Defendant be filed under seal.

DATED this 8th day of November, 2024.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Present by:
*/s/ Brad Meryhew*
Attorney for Kevin M. Balch

ORDER GRANTING MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL - 1
USA v Balch, CR23-122 RSM

THE MERYHEW LAW GROUP
200 BROADWAY, SUITE 301
SEATTLE, WA 98122
PHONE: (206) 264-1590